UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, C47370, | Case No. 18-cv-00783-CRB  (PR) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| MARK RAMOS, | |
| Defendant(s). | |

Plaintiff, a state prisoner currently in the custody of the California Department of State Hospitals, has filed a pro se complaint under 42 U.S.C. § 1983 against California Men's Colony employee Mark Ramos.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendant named resides, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division.  See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 9, 2018

_____

CHARLES R. BREYER
United States District Judge